

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CAROL REEVES, | § | No. 08-17-00197-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 6 |
| WELLS FARGO BANK, N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2016-CCV00153) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.